# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

PHILLIP CARGILE,

    Plaintiff,

v.                                                             CASE NO. 5:09-cv-00395-RS-AK

BAY COUNTY SHERIFFS DEPARTMENT, et al,

    Defendants.

_____/

## ORDER OF DISMISSAL

The Order dated December 23, 2009, directed Plaintiff to file an amended complaint and to file a more complete financial affidavit on or before January 15, 2010 (Doc. 4). When Plaintiff failed to comply with this Order, an order to show cause was entered directing him to respond on or before January 20, 2010, or risk dismissal of his lawsuit (Doc. 5). No response was made. A recent Administrative Order sent to Plaintiff at his last known address was returned as undeliverable with the notation that it had been refused (Doc. 7).

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed.2d 734 (1962). Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order. Plaintiff has failed to comply with two orders of this Court and has not otherwise prosecuted his lawsuit.

    **IT IS ORDERED** that this case is **DISMISSED** for failure to prosecute.

    **ORDERED** on March 24, 2010.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**